UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re: Assignment of Cases                                    Case No: 8:23-mc-29-CEH
_____/

**SECOND AMENDED STANDING ORDER
REGARDING ASSIGNMENT OF CASES**

Effective December 16, 2024, the Clerk of Court shall not assign to my docket the following types of cases:

1. All 500 series civil prisoner petition cases, except those under 28 U.S.C. § 2255 filed by Defendants in criminal cases sentenced by the undersigned;

2. Civil or miscellaneous cases with a *pro se* plaintiff;[1]

3. Bankruptcy cases, including, but not limited to, appeals and motions to withdraw the reference (422), (423);

4. Cases in which motions for temporary restraining orders are submitted on initial filing of the complaint;

5. Patent cases (830), (835);

6. Multidistrict Litigation (MDL) related cases;

7. Criminal cases charging offenses involving child pornography or coercion or enticement of a minor;

8. Criminal cases with more than five (5) defendants; and

9. Criminal cases with more than twenty (20) counts in the indictment.

---

[1] This is not applicable to § 2255 petitions.

**DONE AND ORDERED** in Tampa, Florida on December 16, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge